# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pappert, Gerald J. | U.S. District Court, Eastern District of Pennsylvania | 03/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | **5b.** ☐ Amended Report | |

**7. Chambers or Office Address**

U.S. Courthouse
601 Market Street, Room 5614
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | Marza, L.P. |
| 2. | Trustee | Trust No 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Pennsylvania State Employee's Retirement System Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 03/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Pennsylvania State Retirement Benefits | $8,451.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 03/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. WAUTOSA WIS GO PROM NTS SER | B | Interest | | | Redeemed | 12/01/20 | L | | |
| 2. APPLE INC NOTE CALL MAKE WHOLE | A | Interest | | | Redeemed | 05/02/20 | K | | |
| 3. BOONE CNTY KY SCH DIST FIN CORP SCH | C | Interest | | | Sold | 12/16/20 | M | A | |
| 4. CENTRAL GREENE PA SCH DIST GO BDS | B | Interest | | | Sold | 12/16/20 | M | B | |
| 5. GOLDMAN SACHS BK USA NY CD | A | Interest | K | T | | | | | |
| 6. JACKSON CNTY MO REORG SCH DIST NO 01 | A | Interest | | | Redeemed | 03/02/20 | M | | |
| 7. MORRIS PLAINS NJ SCH DIST | C | Interest | | | Sold | 12/17/20 | M | C | |
| 8. MOUNT LEBANON PA GO BDS SER | C | Interest | M | T | | | | | |
| 9. ORACLE CORP BOND CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 10. PARK CITY KANS GO REF BDS SER | B | Interest | M | T | | | | | |
| 11. PFIZER INC NOTE CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 12. TOYOTA FINL SVGS BK HEND NV | A | Interest | | | Redeemed | 7/27/20 | K | | |
| 13. WENTZVILLE-IV DIST MO LEASE | B | Interest | | | Redeemed | 04/01/20 | L | | |
| 14. AMERICAN EUROPACIFIC GROWTH CLASS F2 | B | Dividend | N | T | | | | | |
| 15. CALAMOS MARKET NEUTRAL INCOME CL 1 | B | Dividend | L | T | Buy (add'l) | 02/07/20 | J | | |
| 16. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 17. | | | | | Sold (part) | 05/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | Sold (part) | 12/17/20 | M | D | |
| 19. | ISHARES TR JP MOR EM MK EFT | D | Dividend | | | Buy (add'l) | 02/07/20 | J | | |
| 20. | | | | | | Sold (part) | 03/10/20 | J | | |
| 21. | | | | | | Sold (part) | 03/12/20 | J | | |
| 22. | | | | | | Sold (part) | 03/16/20 | K | | |
| 23. | | | | | | Sold | 07/06/20 | M | | |
| 24. | FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | K | T | | | | | |
| 25. | FIDELITY TREASURY MONEY MARKET FUND | A | Dividend | M | T | | | | | |
| 26. | ISHARE INC CORE MSCI EMERGING MKTS ETF | D | Dividend | O | T | Buy (add'l) | 03/02/20 | J | | |
| 27. | | | | | | Sold (part) | 07/27/20 | J | B | |
| 28. | | | | | | Sold (part) | 07/29/20 | K | C | |
| 29. | | | | | | Sold (part) | 09/01/20 | J | B | |
| 30. | ISHARES CORE S&P MID-CAP EFT | D | Dividend | O | T | Buy (add'l) | 03/02/20 | J | | |
| 31. | | | | | | Buy (add'l) | 03/25/20 | J | | |
| 32. | | | | | | Sold (part) | 07/29/20 | J | C | |
| 33. | ISHARES CORE S&P SMALL-CAP ETF | B | Dividend | M | T | | | | | |
| 34. | ISHARES CORE S&P 500 ETF | F | Dividend | P1 | T | Buy (add'l) | 03/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/24/20 | J | | |
| 36. | | | | | Sold (part) | 09/08/20 | J | D | |
| 37. ISHARES RUSSELL 2000 ETF | C | Dividend | N | T | Sold (part) | 07/30/20 | K | D | |
| 38. | | | | | Sold (part) | 08/17/20 | J | B | |
| 39. | | | | | Sold (part) | 09/01/20 | J | D | |
| 40. | | | | | Sold (part) | 09/28/20 | J | D | |
| 41. ISHARES TR CORE MSCI TOTAL | | None | | | Sold | 03/20/20 | M | | |
| 42. ISHARES US TECHNOLOGY ETF | A | Dividend | M | T | | | | | |
| 43. MERGER FUND | | None | | | Merged (with line 95) | 04/13/20 | J | | |
| 44. INDEXIQ ETF IQ ARB MERGER ARBITRA ETF | | None | | | Sold | 04/23/20 | N | D | |
| 45. VANGUARD INDEX FDS VANGUARD TOTAL STK MKT ETF | B | Dividend | M | T | | | | | |
| 46. WELLS FARGO PREMIER LARGE CO GRWTH ADMIN | | None | | | Closed | 11/11/20 | J | | |
| 47. AMERICAN WASHINGTON MUTUAL INVESTORS F2 | B | Dividend | | | Sold (part) | 07/07/20 | K | C | |
| 48. | | | | | Sold (part) | 07/27/20 | L | D | |
| 49. | | | | | Sold | 07/29/20 | L | D | |
| 50. EXXON MOBIL CORP (X) | B | Dividend | | | Closed | 11/11/20 | K | | |
| 51. FLBEACH, OC, LLC | | None | K | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. ALTOONA NPRE, LP | | None | L | U | | | | | |
| 53. PACIFIC LIFE FIXED ACCOUNT | C | Interest | K | T | | | | | |
| 54. PACIFIC LIFE 1-YEAR HIGH PAR INDEX (S & P 500 INDEX) | E | Interest | M | T | | | | | |
| 55. 1 YEAR INTERNATIONAL INDEX FUND EURO STOCK 500 | A | Interest | L | T | | | | | |
| 56. URBAN STORAGE FUND, LP | | None | M | U | | | | | |
| 57. VILLAGE OF CANTERBURY, LP | | None | M | U | | | | | |
| 58. HONEY FARMS MANAGEMENT, LLC | D | Interest | L | U | | | | | |
| 59. ISHARES CORE MSCI EAFE ETF | D | Dividend | O | T | Buy (add'l) | 03/10/20 | J | | |
| 60. | | | | | Buy (add'l) | 03/20/20 | M | | |
| 61. | | | | | Sold (part) | 04/24/20 | K | | |
| 62. FIDELITY INTERM MUNI INCOME | C | Dividend | | | Buy (add'l) | 07/06/20 | N | | |
| 63. | A | Distribution | | | Sold (part) | 03/12/20 | L | B | |
| 64. | | | | | Sold (part) | 03/24/20 | M | | |
| 65. | | | | | Sold (part) | 09/22/20 | M | B | |
| 66. | | | | | Sold | 12/17/20 | L | B | |
| 67. HEMPFIELD PA AREA SCHOOL DISTRICT 3/15/2024 | C | Interest | M | T | | | | | |
| 68. HURST TEX TAX & WATER & SEWER 08/15/22 | C | Interest | | | Sold | 12/17/20 | M | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. MISSOULA COUNTY MNT HIGH 07/01/2024 | B | Interest | M | T | | | | | |
| 70. WESTWOOD HEIGHTS MICH SCHOOL 05/01/2021 | C | Interest | | | Sold | 12/17/20 | M | A | |
| 71. FIDELITY INFLAT-PROT BOND INDEX FUND | A | Dividend | | | Buy (add'l) | 02/07/20 | J | | |
| 72. | | | | | Sold (part) | 03/10/20 | J | A | |
| 73. | | | | | Sold (part) | 03/12/20 | K | B | |
| 74. | | | | | Sold (part) | 03/16/20 | K | A | |
| 75. | | | | | Sold (part) | 03/24/20 | J | A | |
| 76. | | | | | Sold (part) | 06/23/20 | K | C | |
| 77. | | | | | Sold | 07/06/20 | M | D | |
| 78. MICROSOFT CORP NOTE 11/03/22 | A | Interest | K | T | | | | | |
| 79. STATE BK INDIA NEW YORK 3/06/2023 | A | Interest | K | T | | | | | |
| 80. FIDELITY TOTAL MARKET INDEX FUND | A | Dividend | J | T | Buy (add'l) | 03/26/20 | J | | |
| 81. | | | | | Buy (add'l) | 04/13/20 | J | | |
| 82. FIDELITY TOTAL BOND Cl Z | A | Dividend | K | T | Sold (part) | 03/12/20 | K | B | |
| 83. | A | Distribution | | | Sold (part) | 03/17/20 | J | | |
| 84. | | | | | Buy (add'l) | 07/02/20 | K | | |
| 85. | | | | | Sold (part) | 09/30/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  FIDELITY 500 INDEX FUND | A | Dividend | K | T | | | | | |
| 87.  GARDENS OF GERMANTOWN | C | Dividend | M | U | | | | | |
| 88.  FIDELITY LOW VOLATILITY FACTOR EFT | B | Dividend | L | T | Sold (part) | 06/09/20 | K | C | |
| 89.  TORTOISE MLP & PIPELINE | A | Dividend | J | T | | | | | |
| 90.  FAIRBANKS OHIO LOC SCH DIST | B | Interest | M | T | | | | | |
| 91.  GREENWOOD ARK SCHOO DIST | B | Interest | M | T | | | | | |
| 92.  TRENDTON TEX INDPT SCH DIST | C | Interest | M | T | | | | | |
| 93.  ALLY BK MIDVALE UTAH CD | A | Interest | K | T | | | | | |
| 94.  COMENITY CAP BK UTAH CD | A | Interest | K | T | | | | | |
| 95.  THE MERGER FUND CLASS I | C | Interest | N | T | Buy (add'l) | 05/12/20 | K | | |
| 96. | E | Distribution | | | Buy (add'l) | 05/18/20 | N | | |
| 97.  JP MORGAN HEDGED EQUITY CLASS I | A | Dividend | K | T | Buy | 05/12/20 | K | | |
| 98. | | | | | Buy (add'l) | 10/06/20 | L | | |
| 99. | | | | | Sold (part) | 12/17/20 | L | C | |
| 100.  ISHARES TRUST 1-3 YEARS TREASURY BOND EFT | A | Dividend | | | Buy | 04/23/20 | N | | |
| 101. | | | | | Sold | 05/11/20 | N | | |
| 102.  ISHARES EDGE MSCI USA QUALITY FACTOR EFT | A | Dividend | L | T | Buy | 04/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 104. ISHARES EDGE MSCI INTERNATIONAL QF ETF | A | Dividend | L | T | Buy | 03/25/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 04/24/20 | K | | |
| 106. ISHARES CORE 1-5 YEAR USD BOND ETF | | None | | | Buy | 03/03/20 | L | | |
| 107. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 108. | | | | | Sold | 03/16/20 | L | | |
| 109. FOUNDATION PREMIUM INCOME FUND LP | | None | O | T | Buy | 12/23/20 | O | | |
| 110. BLACKROCK SYSTEMATIC MULTI-STRATINSTL | A | Dividend | L | T | Buy | 09/30/20 | K | | |
| 111. | | | | | Buy<br>(add'l) | 10/06/20 | L | | |
| 112. BAIRD AGGREGATE BOND INV | A | Dividend | K | T | Buy | 07/28/20 | K | | |
| 113. | A | Distribution | | | | | | | |
| 114. BOYD WATTERSON STATE GOVERNMENT FUND, LP | C | Dividend | O | U | Buy | 07/01/20 | M | | |
| 115. | | | | | Buy<br>(add'l) | 10/01/20 | M | | |
| 116. SAFSTOR | | None | M | U | Buy | 06/05/20 | M | | |
| 117. 2 YEAR INDEX PACLIFE | | None | K | T | Buy | 09/15/20 | K | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 03/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust No. 1 listed on line 2 of Part I of this Report is an unfunded trust.

Line 51 - FL Beach, OC LLC was purchased 08/01/2014 - $50,000

Line 52 - Altoona NPRE, LP was purchased 10/28/2015 - $100,000

Line 54 - Fixed Account part of PacLife policy.

Life 55 - Index Fund part of PacLife policy.

Line 56 - Urban Storage Fund, LP was purchased 07/03/2013 $100,000 & Additional purchase on 04/04/2014 $100,000

Line 57 - Village of Canterbury, LP was purchased 04/12/2012 - $150,000

Line 58 - Honey Farms Management LLC was purchased on 11/04/2016 $100,000

Line 87 - Gardens of Germantown was purchased 06/18/2019 $200,000

Line 43 was merged into line 95. (line 43 would not allow me to enter a line number for the merge)

Line 46 transferred out of a custodial account                    .

Line 50 trasnferred out of a custodial account                    .

Line 114 BOYD Watterson purchased 07/01/20 - $250,000 & 10/01/20 - $250,000

Line 116 SAFStor was purchased 06/05/20 - $200,000

Line 117 2 Year Indexed part of PacLife policy.

Lines 63,83,96,113   Income coded as distributions are Capital Gains

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald J. Pappert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544